**Order entered April 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00092-CR

### SYED SARTAJ NAWAZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-81120-2017**

## ORDER

Before the Court is the April 4, 2019 motion to withdraw and substitute counsel. We **GRANT** the motion and **ORDER** Danette D. Alvarado removed as appellant's counsel in this case.

We **DIRECT** the Clerk to list Jeremy Rosenthal as counsel for appellant. Future correspondence shall be sent to Jeremy Rosenthal, State Bar number 24029807, at 4500 Eldorado Parkway, Suite 3000, McKinney, TX 75070.

The record is **DUE** May 10, 2019.

/s/    CORY L. CARLYLE
        JUSTICE